```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JOHN ERIC CHATMON,
11           Plaintiff,                     No. CIV S-05-1595 DFL GGH P
12       vs.
13   MR. DEMERS, et al.,
14           Defendants.                    ORDER
15   _____/
```

16    On September 13, 2005, the court granted plaintiff thirty days to file an amended
17 complaint. Pending before the court is the amended complaint filed September 28, 2005. The
18 amended complaint states a colorable claim for relief as to defendants Stephens, Alcorn and Van
19 Lear.

20    Plaintiff has requested the appointment of counsel. The United States Supreme
21 Court has ruled that district courts lack authority to require counsel to represent indigent
22 prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In
23 certain exceptional circumstances, the court may request the voluntary assistance of counsel
24 pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);
25 Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court
26 does not find the required exceptional circumstances. Plaintiff's request for the appointment of

counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Stephens, Alcorn, Van Lear.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed September 28, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed amended complaint filed September 28, 2005.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. Plaintiff's September 28, 2005, motion for appointment of counsel is denied.

DATED: 10/26/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
chat1595.1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                              No. CIV S-05-1595 DFL GGH P

  vs.

MR. DEMERS, et al.,                    NOTICE OF SUBMISSION

    Defendants.                        OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __3__    completed USM-285 forms

    __4__    copies of the _____

                    Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff