IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

       Plaintiff,                     No. CIV S-05-1595 DFL GGH P

   vs.

MR. DEMERS, et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to the defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's March 6, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 3/15/06

                                                 /s/ Gregory G. Hollows
                                                 _____
                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:bb
chat1595.36