IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                  No. CIV S-05-1595 DFL GGH P

   vs.

MR. DEMERS, et al.,

    Defendants.        <u>ORDER</u>

_____/

       On February 14, 2006, defendants filed a motion to dismiss. On March 15, 2006, the court granted plaintiff a thirty day extension of time to file his opposition. The court also ordered that defendants' reply was due thirty days thereafter.

       Thirty days passed and plaintiff did not file an opposition. However, on May 8, 2006, plaintiff filed a request for entry of default. Plaintiff argues that defendants are in default because they did not file a reply.

       Plaintiff is confused regarding the order of briefing. Defendants may file a reply after plaintiff files an opposition. Because plaintiff has not filed an opposition, defendants' reply is not due.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 8, 2006, request for entry of default is denied;

1

1       2. Plaintiff is granted thirty days from the date of this order to file an opposition

2 to defendants' motion to dismiss; failure to file an opposition will be deemed a waiver of

3 opposition.

4 DATED: 6/28/06

                                           /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

ggh:kj
chat1595.ord