UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN ERIC CHATMON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MR. DEMERS, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:05-cv-1595 DFL GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendants' request for an extension of time to file and serve a response to Plaintiff's second amended complaint filed on July 24, 2006, was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Van Leer, Alcorn, and Stephens shall have forty-five days, to and including November 6, 2006, in which to file a response to Plaintiff's second amended complaint.

DATED: 10/5/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

chat1595.eot

*[Proposed] Order*

1