IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN ERIC CHATMON,** | 2:05-cv-1595 DFL GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| **MR. DEMERS, et al.,** | |
| Defendants. | |

Defendants' Van Leer, Alcorn, and Stephens second request for an extension of time to file and serve a response to Plaintiff's second amended complaint was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Van Leer, Alcorn, and Stephens shall have thirty days, to and including December 6, 2006, in which to file a response to Plaintiff's second amended complaint.

**No further extensions.**

DATED: 11/13/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

chat1595.eot(2)

*Order*
1