IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                             No. CIV S-05-1595 DFL GGH P

   vs.

MR. DEMERS, et al.,

      Defendants.              ORDER

_____/

        On December 6, 2006, defendants filed a motion to dismiss for failure to exhaust administrative remedies. Plaintiff did not file an opposition. However, on January 22, 2007, plaintiff filed a document titled "motion for assistance." The caption of this document contains five case numbers. In this document, plaintiff alleges that he did not receive USM-285 forms, is ill and has been denied medical attention. Plaintiff also states that some of his property has been lost.

        Plaintiff does not require USM-285 forms to respond to the pending motion to dismiss. It is unclear whether plaintiff is claiming that his illness prevented him from filing an opposition to the pending motion. Plaintiff also does not state whether the missing property is related to the instant action. For these reasons, the court finds that plaintiff's motion for assistance is not well supported.

1  The court will grant plaintiff a thirty day extension of time to file an opposition to
2 defendants' motion.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. Plaintiff's January 22, 2007, motion for assistance is denied;
5  2. Plaintiff is granted thirty days from the date of this order to file an opposition
6 to defendants' motion to dismiss.
7 DATED: 2/6/07                                       /s/ Gregory G. Hollows
8                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
9
10 chat1595.eot