IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                      No. CIV S-05-1595 DFL GGH P

   vs.

MR. DEMERS, et al.,

      Defendants.         <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file objections to the April 25, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 1, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 25, 2007 findings and recommendations.

DATED: 5/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
chat1595.36