IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

        Plaintiff,                      No. CIV S-05-1595 ALA P

   vs.

MR. DEMERS, et al.,

        Defendants.           <u>ORDER</u>

        On July 25, 2007, this court ordered plaintiff to file supplemental declarations on or before August 24, 2007. On August 20, 2007, plaintiff filed a document in which he requested that the court order an investigation into plaintiff's access to the prison law library, appoint plaintiff counsel or grant plaintiff "postponement or unlimited time to answer and file my oppositions ETC!" (sic).

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

1

This court will interpret plaintiff's request for a "postponement" as a request for an extension of time. Good cause appearing, plaintiff's request for an extension of time will be granted. Because plaintiff has been granted an extension of time to file a response to this courts order dated July 25, 2007, his request that this court investigate the prior denial of his access to the prison library is denied as moot.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's August 20, 2007 request for appointment of counsel is denied.

2. Plaintiff's request for an investigation of the denial of access to the prison library is denied.

3. Plaintiff's request for an extension of time is granted. Plaintiff shall have 35 days, up to and including September 28, 2007 to file his response to this court's July 25, 2007 order. Defendants are ordered to file supplemental declarations in opposition on or before October 29, 2007.

/////

DATED: August 24, 2007

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation