IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                            No. CIV S-05-1595 ALA P

      vs.

MR. DEMERS, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983. On April 25, 2007, the Magistrate judge assigned to this matter issued Findings and Recommendations recommending that this matter be dismissed because Plaintiff had failed to exhaust his administrative remedies. On May 16, 2007, Plaintiff filed objections to the Findings and Recommendations, claiming that he "was unlawfully tossed into administrative segregation," that his "602 [administrative] appeal was intercepted by prison officials," and that he "was accused of writing false allegations."

      On July 25, 2007, Plaintiff was ordered to file supplemental declarations setting forth specific facts to support these allegations. On August 28, 2007, Plaintiff filed his declaration. On September 7, 2007, Defendant filed a motion to strike Plaintiff's allegations as unintelligible and delivering no additional information. Plaintiff filed a response to Defendant's motion to

1

strike on September 7, 2007.

The court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 25, 2007, are adopted in full; and
2. Plaintiff's complaint is dismissed.

/////

DATED: November 15, 2007

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation